B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-1827446** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**13528 HARTLAND STREET**<br>**Van Nuys, CA**<br>ZIP Code **91405** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO BOX 4296**<br>**Valley Village, CA**<br>ZIP Code **91617** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                      **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)

_____
   Date

---

**Signature of Attorney***

X **/s/ Stephen L. Burton**
   Signature of Attorney for Debtor(s)

   **Stephen L. Burton 113748**
   Printed Name of Attorney for Debtor(s)

   **Stephen L Burton**
   Firm Name
   **16133 Ventura Boulvard  7th Floor**
   **Encino, CA 91436**

   Address

                **Email: steveburtonlaw@aol.om**
   **818 501-5055  Fax: 818 501-5849**
   Telephone Number

   **August 11, 2015**           **113748**
   Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ MICHAEL MIZE**
   Signature of Authorized Individual
   **MICHAEL MIZE**
   Printed Name of Authorized Individual
   **PRESIDENT**
   Title of Authorized Individual
   **August 11, 2015**
   Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
   Printed Name of Foreign Representative

_____
   Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.**                    Case No. _____
                                        Debtor(s)                        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| APEX SUPPLY CO. INC.<br>7350 VARNA AVE.<br>North Hollywood, CA 91605 | APEX SUPPLY CO. INC.<br>7350 VARNA AVE.<br>North Hollywood, CA 91605 | VENDOR | | 19,115.40 |
| BURBANK WATER AND POWER<br>PO BOX 631<br>Burbank, CA 91503 | BURBANK WATER AND POWER<br>PO BOX 631<br>Burbank, CA 91503 | UTILITIES | | 11,712.48 |
| CALIFORNIA CHOICE<br>721 SO PARKER STE 200<br>Orange, CA 92868 | CALIFORNIA CHOICE<br>721 SO PARKER STE 200<br>Orange, CA 92868 | INSURANCE PREMIUM | Disputed | 11,712.48 |
| CHADWICK LAW FIRM<br>100 WILSHIRE BLVD STE 940<br>Santa Monica, CA 90401 | CHADWICK LAW FIRM<br>100 WILSHIRE BLVD STE 940<br>Santa Monica, CA 90401 | LEGAL FEES | | 5,638.83 |
| DELL FINANCIAL SERVICES<br>PO BOX 5275<br>Carol Stream, IL 60197-5275 | DELL FINANCIAL SERVICES<br>PO BOX 5275<br>Carol Stream, IL 60197-5275 | VENDOR | | 7,703.54 |
| DEPARTMENT OF INDUSTRIAL RELATIONS<br>6150 VAN NUYS BLVD. #206<br>Van Nuys, CA 91401 | DEPARTMENT OF INDUSTRIAL RELATIONS<br>6150 VAN NUYS BLVD. #206<br>Van Nuys, CA 91401 | HEINZ MATTHES VS. MICHAEL'S VALLEY PLUMBING | | 17,570.00 |
| ESBF LOAN<br>2001 NW 107TH AVE. #300<br>Miami, FL 33172 | ESBF LOAN<br>2001 NW 107TH AVE. #300<br>Miami, FL 33172 | | | 25,454.24 |
| EXPRESS PIPE & SUPPLY<br>13805 SATICOY ST.<br>Panorama City, CA 91402 | EXPRESS PIPE & SUPPLY<br>13805 SATICOY ST.<br>Panorama City, CA 91402 | VENDOR | | 7,222.37 |
| HIRSCH PIPE & SUPPLY<br>PO BOX 749441<br>Los Angeles, CA 90074 | HIRSCH PIPE & SUPPLY<br>PO BOX 749441<br>Los Angeles, CA 90074 | VENDOR | | 12,535.55 |
| IOU CENTRAL<br>600 TOWNPARK LANE STE 140<br>Kennesaw, GA 30144 | IOU CENTRAL<br>600 TOWNPARK LANE STE 140<br>Kennesaw, GA 30144 | LOAN | | 34,741.74 |

B4 (Official Form 4) (12/07) - Cont.

In re   **MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.**          Case No.   _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| JAMES AND MARILYN HUFF<br>511 NW TIMBER RIDGE TRAIL<br>Lees Summit, MO 64081 | JAMES AND MARILYN HUFF<br>511 NW TIMBER RIDGE TRAIL<br>Lees Summit, MO 64081 | | | 460,000.00<br><br>(0.00 secured) |
| MCCARTHY AUTOMOTIVE<br>1514 W. BURBANK BLVD.<br>Burbank, CA 91506 | MCCARTHY AUTOMOTIVE<br>1514 W. BURBANK BLVD.<br>Burbank, CA 91506 | VENDOR | | 4,800.00 |
| QUILL CORPORATION<br>PO BOX 37600<br>Philadelphia, PA 19101-0600 | QUILL CORPORATION<br>PO BOX 37600<br>Philadelphia, PA 19101-0600 | VENDOR | | 5,697.98 |
| QUINN CAT RENTAL<br>CAT FINANCIAL<br>PO BOX 340001<br>Nashville, TN 37203 | QUINN CAT RENTAL<br>CAT FINANCIAL<br>PO BOX 340001<br>Nashville, TN 37203 | EQUIPMENT | | 34,353.97<br><br>(0.00 secured) |
| ROLANDO SANTIAGO PAINT SHEET ROCK<br>6075 DAVID AVE. #2<br>Los Angeles, CA 90034 | ROLANDO SANTIAGO PAINT SHEET ROCK<br>6075 DAVID AVE. #2<br>Los Angeles, CA 90034 | VENDOR | | 14,000.00 |
| SHEFFIELD FINANCIAL<br>PO BOX 580229<br>Charlotte, NC 28258-0229 | SHEFFIELD FINANCIAL<br>PO BOX 580229<br>Charlotte, NC 28258-0229 | LOAN | | 12,008.25 |
| STATE BOARD OF EQUALIZATION<br>PO BOX 942879<br>Sacramento, CA 94279-3535 | STATE BOARD OF EQUALIZATION<br>PO BOX 942879<br>Sacramento, CA 94279-3535 | | | 5,111.07 |
| WATERMAN PROPERTIES BLDG RENT<br>4140 VANOWEN PL.<br>Burbank, CA 91505 | WATERMAN PROPERTIES BLDG RENT<br>4140 VANOWEN PL.<br>Burbank, CA 91505 | | | 7,500.00 |
| YELLOW PAGES<br>PO BOX 5010<br>Carol Stream, IL 60197-5010 | YELLOW PAGES<br>PO BOX 5010<br>Carol Stream, IL 60197-5010 | VENDOR | | 58,974.00 |
| YELLOWSTONE CAPITAL WEST LLC<br>160 PEARL STREET<br>New York, NY 10005 | YELLOWSTONE CAPITAL WEST LLC<br>160 PEARL STREET<br>New York, NY 10005 | VENDOR | | 33,971.00 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

**B4 (Official Form 4) (12/07) - Cont.**

In re  **MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.**                          Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 11, 2015**                    Signature    **/s/ MICHAEL MIZE**
                                                **MICHAEL MIZE**
                                                **PRESIDENT**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Central District of California

In re   **MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.**                                        ,

Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**August 11, 2015**_____            Signature **/s/ MICHAEL MIZE**_____

**MICHAEL MIZE**
**PRESIDENT**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**NONE**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**NONE**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
 **- PRIOR CHAPTER 7 FILED ON 12/17/2008 BY MICHAEL MIZE CASE NO. 1:08-bk-20269-MT DISCHARGED 04/07/2009**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**NONE**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **ENCINO**                            , California.

Date:    **August 11, 2015**

**/s/ MICHAEL MIZE**
**MICHAEL MIZE**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/98)    **1998 USBC, Central District of California**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br><br>**MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.**<br><br>Debtor. | Case No.:<br><br>**DISCLOSURE OF COMPENSATION**<br>**OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $    **15,000.00** |
    | Prior to the filing of this statement I have received | $    **15,000.00** |
    | Balance Due | $    **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| |
|---|
| **CERTIFICATION**<br><br>I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>**August 11, 2015**          **/s/ Stephen L. Burton**<br>*Date*                       **Stephen L. Burton 113748**<br>                            *Signature of Attorney*<br>                            **Stephen L Burton**<br>                            *Name of Law Firm*<br>                            **16133 Ventura Boulvard  7th Floor**<br>                            **Encino, CA 91436**<br>                            **818 501-5055  Fax: 818 501-5849** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Stephen L. Burton**<br>**16133 Ventura Boulvard  7th Floor**<br>**Encino, CA 91436**<br>**818 501-5055 Fax: 818 501-5849**<br>California State Bar Number: **113748**<br>**steveburtonlaw@aol.om** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(d)]**

Debtor(s).

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **August 11, 2015** _____      /s/ MICHAEL MIZE _____
                                                  Debtor's signature

Date:  **August 11, 2015** _____      _____
                                                  Joint Debtor's signature (if applicable)

Date:  **August 11, 2015** _____      /s/ Stephen L. Burton _____
                                                  Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                        **F 1007-1.MAILING.LIST.VERIFICATION**

MICHAEL'S VALLEY PLUMBING & SUPPLIES, INC.
PO BOX 4296
Valley Village, CA 91617


Stephen L. Burton
Stephen L Burton
16133 Ventura Boulvard  7th Floor
Encino, CA 91436


ALL AMERICAN SEPTIC SERVICE
6424 TUSCAN COURT
Palmdale, CA 93552


ALPINE EQUIPMENT FUNDING
PO BOX 13008
Newport Beach, CA 92658


AMERICAN PLUMBING PARTSMASTER
1058 ACACIA ST.
Ontario, CA 91761


ANGIES LIST
1030 E. WASHINGTON STREET
Indianapolis, IN 46202


ANTHEM BLUE CROSS
PO BOX 551011
Los Angeles, CA 90015


APEX COMMUNICATIONS INC.
PO BOX 9270
Uniondale, NY 11555

APEX SUPPLY CO. INC.
7350 VARNA AVE.
North Hollywood, CA 91605


ARAMARK UNIFORM SERVICES, INC.
AUS WEST LOCKBOX
PO BOX 101179
Pasadena, CA 91189


BARCLAYCARD
PO BOX 60517
City of Industry, CA 91716-0517


BARNETT SUPPLIES
PO BOX 2317
Jacksonville, FL 32099


BERNARDINOS HVAC
8818 RESEDA BLVD.
Northridge, CA 91324


BESSENBACHER COMMERCIAL CREDIT SERV
PO BOX 480108
Kansas City, MO 64149


BILL'S WELDING AND CRANE SERVICE
16166 SIERRA HWY
Santa Clarita, CA 91390


BURBANK WATER AND POWER
PO BOX 631
Burbank, CA 91503

CALIFORNIA CHOICE
721 SO PARKER STE 200
Orange, CA 92868


CAPITAL ONE
PO BOX 60599
City of Industry, CA 91716-0599


CAPITAL ONE
PO BOX 60599
City of Industry, CA 91716-0599


CATERPILLAR FINANCIAL SERVICES CORP
PO BOX 100647
Pasadena, CA 91189


CATERPILLAR FINANCIAL SERVICES CORP
PO BOX 100647
Pasadena, CA 91189


CHADWICK LAW FIRM
100 WILSHIRE BLVD STE 940
Santa Monica, CA 90401


CHEVRON AND TEXACO BUSINESS CARD
PO BOX 921729
Norcross, GA 30010


CITY OF HUNTINGTON BEACH

```
CITY OF NEWPORT BEACH
PO BOX 3080
NEWPORT BEACH, CA


CONTRACTOR'S STATE LICENSE BOARD
PO BOX 26999
Sacramento, CA 95826-0999


CROWN DISPOSAL
PO BOX 1081
Sun Valley, CA 91352


DAVID SONG
9241 N. VAN NUYS BLVD. #101
Panorama City, CA 91402


DELL FINANCIAL SERVICES
PO BOX 5275
Carol Stream, IL 60197-5275


DEPARTMENT OF INDUSTRIAL RELATIONS
6150 VAN NUYS BLVD. #206
Van Nuys, CA 91401


DEPARTMENT OF INDUSTRIAL RELATIONS
6150 VAN NUYS BLVD. #206
Van Nuys, CA 91401


DMV RENEWAL
PO BOX 942897
SACRAMENTO, CA
```

DWP
PO BOX 30808
Los Angeles, CA 90030-0808


EDDIE ORTEGA
13538 HARTLAND ST.
Van Nuys, CA 91405


ESBF LOAN
2001 NW 107TH AVE. #300
Miami, FL 33172


EXPRESS PIPE & SUPPLY
13805 SATICOY ST.
Panorama City, CA 91402


FRANCHISE TAX BOARD
Personal Bankruptcy MS A340
PO Box 2952
Sacramento, CA 95812-2952


GEORGES PIPE AND SUPPLY
99 PALMETTO DR.
Pasadena, CA 91105


GOLDEN STATE LOCK AND SAFE
3517 BURBANK BLVD.
Burbank, CA 91502


HIRSCH PIPE & SUPPLY
PO BOX 749441
Los Angeles, CA 90074

HODES COMPANY
PO BOX 410107
Kansas City, MO 64141-0107


IAN CA DE LAURA
11439 DONA LONA DRIVE
Studio City, CA 91604


INTELLICOM COMMUNICATION INC
13831 ROSEWELL AVE. #10-A,
Chino, CA 91710


INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346


INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346


IOU CENTRAL
600 TOWNPARK LANE STE 140
Kennesaw, GA 30144


J.M. MCKINNEY
12710 YUKON AVE.
Hawthorne, CA 90250


JAMES AND MARILYN HUFF
511 NW TIMBER RIDGE TRAIL
Lees Summit, MO 64081

JAMIE PICKETT
14840 HARTLAND ST.
Van Nuys, CA 91405


JAVIER SAENZ
712 WINDSOR RD. #23
Glendale, CA 91205


JOSEPH CICONE
2660 FREDERICK ST. APT A
Burbank, CA 91504


LABOR COMMISSIONER STATE OF CALIFOR
6150 VAN NUYS BLVD. ROOM 206
Van Nuys, CA 91401


LAQUER, URBAN, CLIFFORD & HODGE LLP
225 SOUTH LAKE AVENUE, SUITE 200
Pasadena, CA 91101-3030


LARRY & JOE'S PLUMBING SUPPLIES
18446 VANOWEN STREET
Reseda, CA 91335-5311


LAZARO MAGANA
849 N. SUMMIT AVE #4
PASADENA, CA


LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54027
Los Angeles, CA 90054-0027

MCCARTHY AUTOMOTIVE
1514 W. BURBANK BLVD.
Burbank, CA 91506


MICHAEL FARNSWORTH
1523 W. 822ND
Los Angeles, CA 90047


MICHAEL P MIZE
13528 HARTLAND ST.
Van Nuys, CA 91405


NEIGHBOR 2 NEIGHBOR
PO BOX 4245
Idyllwild, CA 92549


PATTY MORGNER
MORGNER & COMPANY
15260 VENTURA BLVD. #1080
Sherman Oaks, CA 91403


PIPE LINING COMPANY
2970 E. LA PLAMA STE J
Anaheim, CA 92806


PLUMBING WHOLESALE OUTLET
520 N. FAIR OAKS AVE
Pasadena, CA 91103


QUILL CORPORATION
PO BOX 37600
Philadelphia, PA 19101-0600

QUINN CAT RENTAL
CAT FINANCIAL
PO BOX 340001
Nashville, TN 37203


QUINN COMPANY BOB CAT RENTAL
10006 ROSE HILL RD.
Whittier, CA 90601


RELINING TECHNOLOGIES INC.
3840 E. MIRALOMA AVE.
Anaheim, CA 92806


ROCK SOLID SECURITY SYSTEMS
2519 MALLORY ST.
Los Angeles, CA 90032


ROLANDO SANTIAGO PAINT SHEET ROCK
6075 DAVID AVE. #2
Los Angeles, CA 90034


SHEFFIELD FINANCIAL
PO BOX 580229
Charlotte, NC 28258-0229


SO CAL PIPE TRADES ADMIN CORP
PO BOX 512662
Los Angeles, CA 90051-0662


SOUTHERN CALIFORNIA EDISON
PO BOX 300
Rosemead, CA 91772-0001

SPARKLETTS WATER
PO BOX 660579
Dallas, TX 75266


STATE BOARD OF EQUALIZATION
PO BOX 942879
Sacramento, CA 94279-3535


STEVEN EASTMAN
13538 HARTLAND ST.
Van Nuys, CA 91405


SUNRISE FORD
5500 LANKERSHIM BLVD.
North Hollywood, CA 91601


TATIANA BRADEN
14840 HARTLAND ST.
Van Nuys, CA 91405


TIME WARNER CABLE
PO BOX 60074
City of Industry, CA 91716-0074


TOOL TIME
4126 BURBANK BLVD.
Burbank, CA 91505


WATERMAN PROPERTIES BLDG RENT
4140 VANOWEN PL.
Burbank, CA 91505

WOLVERINE BRASS
PO BOX 842356
Boston, MA 02284


YAMIL SARMIENTO
2506 E. FAIRMOUNT
Los Angeles, CA 90033


YELLOW PAGES
PO BOX 5010
Carol Stream, IL 60197-5010


YELLOWSTONE CAPITAL WEST LLC
160 PEARL STREET
New York, NY 10005


YOLANDA BARAJS
727 ARAGON AVE.
Los Angeles, CA 90065